# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2482.  BRIDGES v. STATE.**

By pro se notice of appeal filed on May 1, 2012, Anthony Charles Bridges brought a pro se appeal in the Supreme Court from convictions entered on April 29, 2005, based on jury verdicts in the Superior Court of Sumter County finding him guilty of two counts of aggravated assault; two counts of battery; two counts of robbery; and one count of aggravated battery.  The Supreme Court transferred the pro se appeal to this Court, where on August 8, 2012, it was docketed in this Court as the captioned appeal ( Case No.A12A2482).  The record in Case No. A12A2482 shows that, at the same time Bridges filed the pro se notice of appeal, he was represented by appointed counsel, who subsequently obtained an order in the trial court on August 15, 2012, granting Bridges's motion for an out-of-time appeal from the same convictions.  Based on this order, Bridges's counsel filed a notice of appeal on September 14, 2012, from the same convictions, which on September 25, 2012, was docketed in this Court as Case No. A13A0250.

On these facts, the State has moved for dismissal of the pro se appeal in Case No. A12A2482 on the basis that Bridges was not entitled to file a pro se notice of appeal and pursue a pro se appeal of his convictions while at the same time he was represented by counsel appealing on his behalf.  We agree.  Because Bridges was represented by counsel, he did not have the right to file a pro se notice of appeal or to pursue a pro se appeal. *Brooks v. State*, 265 Ga. 548, 551 (458 SE2d 349) (1995).  Accordingly, Bridges's pro se "Motion for a Supersedeas Order" by which he sought an order granting him the right to a pro se direct appeal in Case No. A12A2482 is DENIED.  The State's motion to dismiss is GRANTED, and the appeal in Case No.

A12A2482 is DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* <u>10/10/2012</u>
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*